McGREGOR W. SCOTT
United States Attorney
LAUREL J. MONTOYA
Assistant U.S. Attorney
Rm. 4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | NO.: 1:07-CR-00270 LJO |
| ) |            6:06-MJ-56 |
| Plaintiff,       ) | |
| ) | |
| v.       ) | STIPULATION TO CONTINUE |
| ) | STATUS CONFERENCE HEARING AND |
| JAIME PONCE CRUZ,       ) | ORDER DENYING REQUEST |
| ) | |
| Defendant.       ) | |
| _____) | |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective counsel, that the status conference currently set for **March 14, 2008** may be continued to **April 11, 2008 at 9:00 a.m.**

This request is being made due to discovery issues that are in the process of being resolved and additional time is needed for defense investigation and preparation of this matter. Further, the government needs additional time for the purpose preparing a plea agreement for consideration by the defendant and this cannot accomplished by the date presently set. The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set

///

///

1

1 ///

2 forth herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(1)(F),

3 3161(h)(8)(A), and 3161(h)(8)(B)(i).

4 Dated: March 10, 2008                                      McGREGOR W. SCOTT
                                                             United States Attorney

6                                                            By: /s/ Laurel J. Montoya
                                                             LAUREL J. MONTOYA
7                                                            Assistant U.S. Attorney

9 Dated: March 10, 2008                                       /s/ Richard Beshwate, Jr,
                                                             RICHARD BESHWATE, JR.
10                                                           Attorney for Defendant

14                    ORDER DENYING CONTINUANCE OF HEARING DATE

15 The stipulation does not give good cause why the things needed to be done were not accomplished

16 since the last status conference.   Without further explanation, the motion pursuant to stipulation is

17 denied.

25 IT IS SO ORDERED.

26 **Dated:    March 11, 2008**                              /s/ Lawrence J. O'Neill
                                                             UNITED STATES DISTRICT JUDGE

2